UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TABAIR FREEMAN, )
)
Plaintiff, )
)
vs. ) Case No. 4:11-CV-226-JCH
)
STATE OF MISSOURI, )
)
Defendant. )

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis [Doc. #2]. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations indicating that plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and will dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **DENIED**.

---

[1] See Freeman v. Farmington Treatment Center, Case No. 4:02-CV-0010-DJS (E.D. Mo.); Freeman v. Conley, Case No. 5:04-CV-6026-FJG (W.D. Mo.); and Freeman v. Hurt, Case No. 4:10-CV-0492-HEA (E.D. Mo.).

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 15th day of February, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE